STATE OF MAINE

YORK, ss

SUPERIOR COURT
LOCATION: ALFRED
DOCKET : AP-11-025

Jeanette Lemay et al          )
                             )
        Plaintiffs            )
                             )
        v.                    )          **ORDER ON APPEAL**
                             )
                             )
CWS Construction LLC et al    )
                Defendants    )

This was heard on this date on oral argument on a rule 76G appeal. The Plaintiff, Mr. Lemay appeared pro se and the Defendants were represented by Attorney Marshall Tinkle.

The gist of the Defendants' argument is that they were present for trial at the calling of the list but had been told by the clerk's office their case was not going to be reached due to the volume of cases and they could leave. Subsequently that morning the case was called for trial. Default judgment was then entered.

Without reaching the merits of whether this constituted excusable neglect, it is clear that Maine law does not allow a direct appeal of a default judgment on these grounds. *See e.g. Fleet Mortgage Corporation v. Cobb 611 A. 2d 565 (Me. 1992).* The appropriate remedy is not a direct appeal but rather a rule 60 (b) motion to vacate the judgment addressed to the trial court and, if necessary, an appeal from the denial of such motion.

Accordingly the appeal is dismissed.

The Clerk may incorporate by reference.

Dated: March 5, 2012

_____
JUSTICE, MAINE SUPERIOR COURT
O'Neil

PLAINTIFFS PRO-SE
JEANETTE LEMAY
PHILIP LEMAY
179 CRANBERRY MEADOW ROAD
BERWICK ME    03901
ATTORNEY FOR DEFENDANTS CWS CONSTRUCTION, LLC, Reggie Moreau, Steve Klotz

MARSHALL J TINKLE ESQ
HIRSHON LAW GROUP PC
208 FORE STREET
PORTLAND ME    04101